UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Shon Juel**                    **Docket No. 7:19-CR-105-1D**

### Petition for Action on Probation

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Shon Juel, who, upon an earlier plea of guilty to Destruction or Removal of Property to Prevent Seizure and Aiding and Abetting, in violation of 18 U.S.C. § 2232(a), and 18 U.SC. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 17, 2019, to 5 years probation under the conditions adopted by the court.

On July 6, 2020, a motion hearing was held before the Honorable James C. Dever III, U.S. District Judge, and the defendant's term of probation was modified to include 30 days of weekend confinement in the New Hanover County, North Carolina, jail beginning July 11, 2020, through December 19, 2020; 11 months of home incarceration to be served on 2-day weekends, commencing on January 2, 2021, with the use of BI SmartLINK technology; and the home incarceration period shall be monitored with location monitoring technology as directed by U.S. Probation Officer, and the defendant shall contribute to the cost of the location monitoring technology not to exceed the amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services."

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised in the District of South Carolina, and maintains employment as a commercial fisherman. On July 16, 2020, Juel was cited by North Carolina Marine Patrol in Brunswick County, North Carolina, and charged with catching More Than the Legal Limit of Golden Tilefish, in violation of N.C.G.S. 113-135(a). This charge remains pending in Brunswick County District Court. At this time, the New Hanover County Jail will not accept weekend confinement cases, due to COVID-19 protocol, and has not provided an anticipated date to resume. The probation office is requesting to modify the dates of weekend confinement, and subsequent home incarceration, to allow Juel to complete the court-ordered conditions, while monitoring the effect of the COVID-19 pandemic. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons, specifically, the New Hanover County Jail, for two-day weekend confinement (Saturday and Sunday), for a period of 30 days, commencing not earlier than January 2, 2021, through July 30, 2021, and shall abide by the rules and regulations of the designated facility. The defendant shall report to the designated facility beginning at 8:00 AM on Saturday through 6:00 PM on Sunday.

2. The defendant shall abide by all conditions and terms of the home incarceration program for a period of 11 consecutive months, to commence on August 7, 2021. The period of home incarceration shall be served during the 2-day weekend (Saturday and Sunday). The defendant shall submit to BI SmartLINK technology during the period of home incarceration. BI SmartLINK is a client-focused mobile application (app) that uses a biometric identity feature and the mobile device's GPS to monitor your caseload. It can be used with or without location monitoring equipment. Each client downloads the app to his or her Android or Apple mobile device, either a smartphone or tablet.

Except as herein modified, the judgment shall remain in full force and effect.

**William Shon Juel**
**Docket No. 7:19-CR-105-1D**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: October 30, 2020

## ORDER OF THE COURT

Considered and ordered this ___**1**___ day of ___November___, 2020, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge